118 F.3d 1576
 Arnold King
v.
C. Figueiredo, Correctional Officer I at Sci-Graterford,
Michael Kvilan, Inmates, Inmate informant at Sci-Graterford,
James E. Daughtrey, Inmate, BV-4747, Correctional Inmate
Informant at Sci-Graterford, William R. Winder, Correctional
Officer Deputy Supt. Facility Management at Sci-Grateford,
Creighton Caison, Correctional Officer IV at Sci-Grateford,
Robert Terra, Correctional Officer IV at Sci-Graterdord, J.
Kevin Kane,
 NO. 96-1707
 United States Court of Appeals,
Third Circuit.
 June 10, 1997
 
 1
 Appeal From: E.D.Pa. ,No.95cv03535 ,
 
 
 2
 Waldman,J.
 
 
 3
 Affirmed.